# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| IN RE: | C/A No. 21-01064-dd |
|---|---|
| Samuel Robert Sibbett and Marcia Watson Sibbett | Chapter 7 |
| Debtor(s). | **ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |

This matter is before the Court on motion (dkt. #39) of Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant") seeking relief from the automatic stay. The Movant has waived claims arising under 11 U.S.C. §§ 503(b), 507(b). Based upon the certification of Movant the motion is granted and it is

ORDERED that the automatic stay is lifted as to: 4862 James B. White Hwy S, Whiteville, NC 28472 (the "collateral"). Movant may send any required notice to Debtor(s) and proceed with its remedies against the collateral.

**AND IT IS SO ORDERED**

**FILED BY THE COURT**
**09/15/2021**



David R. Duncan
US Bankruptcy Judge
District of South Carolina

Entered: 09/15/2021